UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY,<br><br>   Plaintiff,<br> vs.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY and DOES 1 through 20 inclusive,<br><br>   Defendants. | CASE NO.: 2:12-cv-01947-MCE-DAD<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS PER LOCAL RULE 160(b)** |

1

[

The Court received the Joint Request for Extension of Time to File Dispositional Documents filed on March 28, 2013.  That Joint Request indicates that there is good cause for the joint request for additional time because the settlement reached in this action is a global settlement which also includes two other actions between the same parties which actions are venued in the District of Nevada.  For that reason, there is good cause for allowing additional time based on the complex nature of the settlement and the number of parties involved in the same.

IT IS THEREFORE ORDERED that the parties shall have until May 8, 2013 to file the dispositional documents in this action.

**IT IS SO ORDERED.**

DATED: March 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

[