1

2

3

4

5

6

7

8
UNITED STATED DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10

11
MARYLAND CASUALTY COMPANY,   )

   )
               Plaintiff,   )

12
      vs.   )

13
   )
NATIONAL FIRE & MARINE INSURANCE )

14
COMPANY and DOES 1 through 20   )
inclusive,   )

15
   )
   )

16
            Defendants.   )
   )

CASE NO.: 2:12-cv-01947-MCE-DAD

**ORDER GRANTING REQUEST FOR
EXTENSION OF TIME TO FILE
DISPOSITIONAL DOCUMENTS PER
LOCAL RULE 160(b)**

17

18

19

20

21

22

23

24

25

26

27

28

1

[

1    The Court received the Joint Request for Extension of Time to File Dispositional

2  Documents filed on March 28, 2013.  That Joint Request indicates that there is good cause for the

3  joint request for additional time because the settlement reached in this action is a global settlement

4  which also includes two other actions between the same parties which actions are venued in the

5  District of Nevada.  For that reason, there is good cause for allowing additional time based on the

6  complex nature of the settlement and the number of parties involved in the same.

7    IT IS THEREFORE ORDERED that the parties shall have until May 8, 2013 to file the

8  dispositional documents in this action.

9    **IT IS SO ORDERED.**

10  DATED:  March 29, 2013

11

12  _____

13  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[