IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, | Case No. 2:12-cv-01947-MCE-DAD |
| Plaintiff,<br>v.<br>NATIONAL FIRE & MARINE INSURANCE COMPANY,<br>Defendant. | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS PER LOCAL RULE 160(B)** |

1  The Court received the Joint Request for Extension of Time to File Dispositional
2  Documents filed on May 8, 2013. That Joint Request indicates that there is good cause for the
3  joint request for additional time because the settlement reached in this action is a global settlement
4  which also includes two other actions between the same parties which actions are venued in the
5  District of Nevada, and the parties are further negotiating the terms of the settlement agreement.
6  For that reason, there is good cause for allowing additional time based on the complex nature of
7  the settlement and the number of parties involved in the same.

8  IT IS THEREFORE ORDERED that the parties shall have until May 22, 2013 to file the
9  dispositional documents in this action.

10  IT IS SO ORDERED.

11  DATED: May 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT